

OPR BK 11867 PGS 38 - 38    12/08/2014 08:45:07 AM
INSTR # 2014029044           # OF PAGES   1
ATTEST:    BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS        KENNEBEC COUNTY, ME

Recording Requested By:
T.D. SERVICE COMPANY

And When Recorded Mail To:
T.D. Service Company
4000 W Metropolitan Dr Ste 400
Orange, CA 92868

_____ above for Recorder's use _____

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, BENEFICIAL MAINE INC., C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2550, all its right, title and interest in and to said Mortgage in the amount of $202,104.65, recorded in the State of MAINE, County of KENNEBEC Official Records, dated FEBRUARY 23, 2004 and recorded on FEBRUARY 25, 2004, as Instrument No. 2004005090, in Book No. 7839, at Page No. 88.
Executed by: DOUGLAS M. HALL AND STEPHANIE M. BURBANK A.K.A. STEPHANIE M. HALL, J/T/R/S NOT T/I/C (Original Mortgagor).
Original Mortgagee: BENEFICIAL MAINE INC..

Date: DEC 0 3 2014
BENEFICIAL MAINE INC., BY CALIBER HOME LOANS, INC., ITS ATTORNEY IN FACT

By: _____
Michelle Hess, Assistant Secretary

State of    CALIFORNIA        }
County of  ORANGE             } ss.

On DEC 0 3 2014, before me, L. Lawrence, a Notary Public, personally appeared Michelle Hess, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

(Notary Name) L. Lawrence

L. LAWRENCE
Commission # 2077533
Notary Public - California
Orange County
My Comm. Expires Aug 9, 2018

PREPARED BY: T.D. Service Company, 4000 W Metropolitan Dr Ste 400, Orange, CA 92868, (714) 543-8372, JAMIE VAN KEIRSBELK



EXHIBIT D