UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Douglas M. Hall<br><br>**Defendant** | CIVIL ACTION NO: 1:24-cv-00292-JAW<br><br>MOTION TO SEAL FROM PUBLIC RECORD<br><br>RE:<br>24 Echo Valley Estate, Rome, ME 04963<br><br>Mortgage:<br>February 23, 2004<br>Book 7839, Page 88 |

NOW COMES the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and hereby moves the Court pursuant to U.S. District Court Local Rule 7A(a) to seal from public view the following described record from public view. Exhibit G of the Complaint filed in August 15, 2024, ECF Document ID#1-7. Immediately upon discovering the document contained personal identification numbers the undersigned notified the clerk and filed this Motion. The Complaint has not yet been sent for service and for this reason the consent of the parties was not obtained where, as here, no parties have filed an appearance. A redacted copy of this Exhibit will be filed and linked to the Complaint if the instant Motion is granted.

WHEREFORE the Plaintiff respectfully requests to seal the document identified as page ID # 50 - 69, Exhibit G of the Complaint and such other and further relief as the Court deems proper

DATED: August 15, 2024

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 15 day of August, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Douglas M. Hall
24 Echo Valley Estate
Rome, ME 04963

Douglas M. Hall
P.O. Box 238
Belgrade Lakes, ME 04918